In Re:

THE DOCK ON COOLEY LLC

       Debtor.

_____/

Case No. 26-30869
Chapter 11
Hon. Joel D. Applebaum

## ORDER SETTING HEARING ON DEBTOR'S
## MOTION FOR USE OF CASH COLLATERAL

Upon the filing of the above-captioned motion,

IT IS HEREBY ORDERED THAT, a hearing on the above-captioned motion shall be held on April 15, 2026 at 11:00 a.m., in the Courtroom of the Honorable Joel D. Applebaum, United States Bankruptcy Court, 226 W 2nd St, Flint, MI 48502.

IT IS FURTHER ORDERED THAT Debtor shall serve a copy of this Order upon its matrix and the U.S. Trustee within 24 hours of its entry, by email or facsimile, where available, and by U.S. Mail otherwise.

**IT IS FURTHER ORDERED that Debtor shall comply with applicable local rules and Federal Rules of Bankruptcy Procedure, including, but not limited to, filing an affidavit under oath attesting to the total amount of cash collateral Debtor requires to avoid immediate and irreparable harm during the period of April 15, 2025 through April 29, 2026. A further hearing on Debtor's use of cash collateral shall be held on April 29, 2026 at 11:00 a.m.**

**Signed on April 13, 2026**



/s/ Joel D. Applebaum

**Joel D. Applebaum**
**United States Bankruptcy Judge**