In Re:

THE DOCK ON COOLEY LLC         Case No. 26-30869

                                    Chapter 11

        Debtor.                 Hon. Joel D. Applebaum

_____/

## ORDER GRANTING DEBTOR'S INTERIM USE OF CASH COLLATERAL

Upon the stipulation in support of entry of this Order, sufficient cause existing for the relief requested, the Court having held a hearing on April 15, 2026,

IT IS HEREBY ORDERED THAT,

FBZ Enterprises, LLC's objections are preserved.  Debtor is authorized to use its funds on an interim basis, including cash collateral to pay those expenses attached to the stipulation in support of entry of the proposed Order in a total amount of no more than $44,386.54 pursuant to the budget attached to the Stipulation through and including April 29, 2026. Notwithstanding the above, so long as the expenses actually paid are no more than 10% greater than the budgeted amount on a line item basis, Debtor shall not be in breach of its obligations under the cash collateral Budget.

Debtor is authorized to grant the purported secured claimants listed in the motion a replacement lien on postpetition assets of the same type and to the extent they may have a perfected security interest on the particular type of prepetition assets, to the extent that Debtor will be using those prepetition assets postpetition and to the extent they constitute cash collateral, and at the same priority as existed prepetition.

This protection being afforded to the purported secured claimants is adequate.

Debtor may open a separate DIP account for anticipated post-petition professional fees of the Subchapter v trustee and debtor's counsel; Debtor may make monthly deposits into the account capped at the corresponding budgeted amount for legal fees and Subchapter V trustee fees, and all fees are subject to the fee application process

A subsequent interim cash collateral hearing shall be held in the Courtroom in Flint, MI on April 29, 2026 at 11:00 a.m. ET, however, if there

are no objections filed to entry of the further interim cash collateral Order by April 27, 2026 at 5:00 p.m., then the hearing on April 29, 2026 shall be telephonic.

This Order shall be served upon the Debtor's matrix within 24 hours of its entry.

**Signed on April 15, 2026**



/s/ Joel D. Applebaum

**Joel D. Applebaum**
**United States Bankruptcy Judge**

2