Revised 02/04

# United States Bankruptcy Court
## Eastern District of Michigan

In re **THE DOCK ON COOLEY LLC**

Debtor(s)

Case No. **26-30869-jda**

Chapter **11**

## STATEMENT OF DEBTOR REGARDING
## CORPORATE OWNERSHIP

☐ **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name: _____

Address: _____

**(For additional names, attach an addendum to this form)**

☑ **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **April 15, 2026**

**/s/ PERPARIM (Frank) GJURA**
Signature of Authorized Individual
For Corporation Debtor

**PERPARIM (Frank) GJURA**
Print Name

**Principal**
Title