**Fill in this information to identify the case:**

Debtor name **THE DOCK ON COOLEY LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) **26-30869-jda**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases           12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **$6,000 per month, commenced 2022, five year with 5 five year options renew with options through 2051**<br><br>**FBZ Enterprises, LLC**<br>**39209 Six Mile Road, Suite 165**<br>**Livonia, MI 48152** |

26-30869-jda   Doc 32   Filed 04/23/26   Entered 04/23/26 08:06:17   Page 1 of 1