Debtor name      **THE DOCK ON COOLEY LLC**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF MICHIGAN

Case number (if known)      **26-30869-jda**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:       List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1   COOLEY LAKE BAR & GRILL, INC.,**
Creditor's Name

**31555 W. 14 Mile Rd., Ste. 212**
**Farmington Hills, MI 48334**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
XXXXX☒ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**all asset**

**Describe the lien**
**security interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent          Disputed and subject to offset
☐ Unliquidated
☒ Disputed

also, State of Michigan, which is likely junior, as is Mid-Desk which is likely junion and has no claim

Amount of claim: **$143,468.81**     Value of collateral: **$97,179.00**

---

**2.2   Mid-Desk, Inc.**
Creditor's Name

**85 2nd St, Suite 710**
**San Francisco, CA 94105**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**all asset**

**Describe the lien**
UCC filing, unaware of any debtor creditor relationship

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$0.00**     Value of collateral: **$97,179.00**

■ No

XXXXXX☒Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **State of Michigan** | **Describe debtor's property that is subject to a lien** | $17,162.28 | $97,179.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**all asset**

**PO Box 30168**
**Lansing, MI 48909**
Creditor's mailing address

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No

XXXXXX☒ Yes. Specify each creditor, including this creditor and its relative priority.

State of Michigan claim is likely junior to the   COOLEY LAKE BAR & GRILL, INC., claim

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $160,631.09

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |