**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-**

In Re:

THE DOCK ON COOLEY LLC

Debtor.
_______________________________/

Case No.26-30869
Chapter 11
Hon. Joel D. Applebaum

## STATEMENT OF OPERATIONS

NOW COMES Debtor, through counsel, and states:

Debtor is in the process of preparing updated financial statements. Debtor has not prepared a statement of operations.

Respectfully submitted,
___/s/ Robert Bassel ____________
ROBERT N. BASSEL (P48420)
Attorneys for Debtor
P.O. Box T
Clinton, MI 49236
(248) 677-1234
bbassel@gmail.com

## VERIFIED UNDER PENALTY OF PERJURY

DEBTOR

/s/ PERPARIM (Frank) GJURA
PERPARIM (Frank) GJURA, Principal