# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION-

In Re:

THE DOCK ON COOLEY LLC        Case No.26-30869
       Chapter 11
      Debtor.        Hon. Joel D. Applebaum

_____/

**SUPPLEMENTAL VERIFIED DECLARATION
OF PERPARIM (Frank) GJURA
IN SUPPORT OF FIRST DAY MOTION
FOR USE OF CASH COLLATERAL, REGARDING ADEQUATE
PROTECTION AND RELATED RELIEF**

PERPARIM (Frank) GJURA states, under penalty of perjury:

1.      Attached are revised 13 week projections, starting April 29, 2026 for the restaurant. I believe that the projections are realistic and the expenses necessary to prevent immediate and irreparable harm to the estate, and to maximize the going concern value of the estate for the benefit of all constituencies. The proposed Cash Collateral Order provided for a replacement lien, and the projections also provide for a monthly adequate protection payment of $4,000 per month to Cooley Lake Bar & Grill, Inc., the former owner who asserts a first priority security interest in all of the Debtor's assets.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct. Executed on April 24, 2026.

**VERIFIED UNDER PENALTY OF PERJURY**

      /s/ PERPARIM (Frank) GJURA_____
      PERPARIM (Frank) GJURA,  Principal

Prepared by:
__/s/ Robert Bassel _____
ROBERT N. BASSEL (P48420)
Prospective Attorneys for Debtor
P.O. Box T
Clinton, MI 49236
(248) 677-1234
bbassel@gmail.com

| Line Items | Total 13 Weeks | W1 4/29/2026 5/5/2026 | W2 5/6/2026 5/12/2026 |
|---|---|---|---|
| **Sales Revenue (net of sales tax)** | **281,152.05** | 17,258.44 | 14,190.39 |
| Cost of Goods Sold | (130,855.82) | (7,848.40) | (4,914.53) |
| **GROSS PROFIT** | **150,296.23** | **9,410.04** | **9,275.86** |
| Lottery Commission Income | 2,134.69 | 131.04 | 107.74 |
| **TOTAL INCOME** | **152,430.92** | **9,541.08** | **9,383.60** |
| | | | |
| **EXPENSES** | | | |
| Advertising & Promotion | 5,452.98 | 419.46 | 419.46 |
| Bookkeeping | 4,000.00 | 1000 | |
| Automobile Expense | 839.35 | 64.57 | 64.57 |
| Bank Service Charges | 325.00 | 25.00 | 25.00 |
| Insurance Expense | 9,693.84 | 745.68 | 745.68 |
| Internet | 2,039.60 | 156.89 | 156.89 |
| Janitorial Expense | 390.00 | 30.00 | 30.00 |
| Landscaping & Snow Plowing | 650.00 | 50.00 | 50.00 |
| Legal Fees | 6,500.00 | 500.00 | 500.00 |
| Licenses and Permits | 1,120.00 | 160 | |
| Office Expenses | 1,210.18 | 93.09 | 93.09 |
| Printing & Reproduction | 400.00 | 30.77 | 30.77 |
| Payroll Processing | 940.00 | 235.00 | |
| Wages & Salaries | 38,379.52 | 2,952.27 | 2,952.27 |
| Payroll Taxes | 4,202.55 | 323.27 | 323.27 |
| Rent Expense | 24,000.00 | 6000 | |
| Repairs & Maintenance | 1,170.00 | 90.00 | 90.00 |
| Supplies | 1,495.00 | 115.00 | 115.00 |
| Security | 258.44 | 64.61 | |
| Software | 520.00 | 40.00 | 40.00 |
| Telephone & Fax | 866.09 | 216.52 | |
| Utilities | 3,592.68 | 276.36 | 276.36 |
| Uniforms & Shoes | 249.00 | | |
| Waste Management | 699.58 | | |
| Seller's Secured Note | 12,000.00 | 4000 | |
| Subchapter V Trustee (est.) | 3,900.00 | 300 | 300 |
| **TOTAL EXPENSES** | **124,893.80** | **17,888.49** | **6,212.36** |
| | | | |
| **NET INCOME / (LOSS)** | **27,537.12** | **(8,347.42)** | **3,171.24** |
| | | | |
| **Initial Cash** | | **10,000.00** | **1,652.58** |
| **Ending Cash** | | **1,652.58** | **4,823.83** |

Assuming initial cash of $10,000

| Line Items | W3 5/13/2026 5/19/2026 | W4 5/20/2026 5/26/2026 | W5 5/27/2026 6/2/2026 |
|---|---|---|---|
| **Sales Revenue (net of sales tax)** | 20,569.64 | 20,897.15 | 22,039.43 |
| Cost of Goods Sold | (9,869.51) | (6,516.38) | (7,355.35) |
| **GROSS PROFIT** | **10,700.13** | **14,380.77** | **14,684.08** |
| Lottery Commission Income | 156.18 | 158.66 | 167.34 |
| **TOTAL INCOME** | **10,856.31** | **14,539.43** | **14,851.42** |
| | | | |
| **EXPENSES** | | | |
| Advertising & Promotion | 419.46 | 419.46 | 419.46 |
| Bookkeeping | | | 1000 |
| Automobile Expense | 64.57 | 64.57 | 64.57 |
| Bank Service Charges | 25.00 | 25.00 | 25.00 |
| Insurance Expense | 745.68 | 745.68 | 745.68 |
| Internet | 156.89 | 156.89 | 156.89 |
| Janitorial Expense | 30.00 | 30.00 | 30.00 |
| Landscaping & Snow Plowing | 50.00 | 50.00 | 50.00 |
| Legal  Fees | 500.00 | 500.00 | 500.00 |
| Licenses and Permits | 160 | | 160 |
| Office Expenses | 93.09 | 93.09 | 93.09 |
| Printing & Reproduction | 30.77 | 30.77 | 30.77 |
| Payroll Processing | | | 235.00 |
| Wages & Salaries | 2,952.27 | 2,952.27 | 2,952.27 |
| Payroll Taxes | 323.27 | 323.27 | 323.27 |
| Rent Expense | | | 6000 |
| Repairs & Maintenance | 90.00 | 90.00 | 90.00 |
| Supplies | 115.00 | 115.00 | 115.00 |
| Security | | 64.61 | |
| Software | 40.00 | 40.00 | 40.00 |
| Telephone & Fax | | | 216.52 |
| Utilities | 276.36 | 276.36 | 276.36 |
| Uniforms & Shoes | | | |
| Waste Management | | | |
| Seller's Secured Note | | | 4000 |
| Subchapter V Trustee (est.) | 300 | 300 | 300 |
| **TOTAL EXPENSES** | **6,372.36** | **6,276.97** | **17,823.88** |
| | | | |
| **NET INCOME / (LOSS)** | **4,483.95** | **8,262.46** | **(2,972.47)** |
| | | | |
| **Initial Cash** | **4,823.83** | **9,307.77** | **17,570.24** |
| **Ending Cash** | **9,307.77** | **17,570.24** | **14,597.77** |

| Line Items | W6 6/3/2026 6/9/2026 | W7 6/10/2026 6/16/2026 | W8 6/17/2026 6/23/2026 |
|---|---|---|---|
| **Sales Revenue (net of sales tax)** | 15,561.79 | 21,901.50 | 21,936.41 |
| Cost of Goods Sold | (11,048.18) | (12,525.76) | (11,090.35) |
| **GROSS PROFIT** | **4,513.61** | **9,375.74** | **10,846.06** |
| Lottery Commission Income | 118.16 | 166.29 | 166.56 |
| **TOTAL INCOME** | **4,631.77** | **9,542.03** | **11,012.62** |
| | | | |
| **EXPENSES** | | | |
| Advertising & Promotion | 419.46 | 419.46 | 419.46 |
| Bookkeeping | | | |
| Automobile Expense | 64.57 | 64.57 | 64.57 |
| Bank Service Charges | 25.00 | 25.00 | 25.00 |
| Insurance Expense | 745.68 | 745.68 | 745.68 |
| Internet | 156.89 | 156.89 | 156.89 |
| Janitorial Expense | 30.00 | 30.00 | 30.00 |
| Landscaping & Snow Plowing | 50.00 | 50.00 | 50.00 |
| Legal  Fees | 500.00 | 500.00 | 500.00 |
| Licenses and Permits | | 160 | |
| Office Expenses | 93.09 | 93.09 | 93.09 |
| Printing & Reproduction | 30.77 | 30.77 | 30.77 |
| Payroll Processing | | | |
| Wages & Salaries | 2,952.27 | 2,952.27 | 2,952.27 |
| Payroll Taxes | 323.27 | 323.27 | 323.27 |
| Rent Expense | | | |
| Repairs & Maintenance | 90.00 | 90.00 | 90.00 |
| Supplies | 115.00 | 115.00 | 115.00 |
| Security | | | |
| Software | 40.00 | 40.00 | 40.00 |
| Telephone & Fax | | | |
| Utilities | 276.36 | 276.36 | 276.36 |
| Uniforms & Shoes | | | |
| Waste Management | | | |
| Seller's Secured Note | | | |
| Subchapter V Trustee (est.) | 300 | 300 | 300 |
| **TOTAL EXPENSES** | **6,212.36** | **6,372.36** | **6,212.36** |
| | | | |
| **NET INCOME / (LOSS)** | **(1,580.60)** | **3,169.67** | **4,800.25** |
| | | | |
| **Initial Cash** | **14,597.77** | **13,017.17** | **16,186.84** |
| **Ending Cash** | **13,017.17** | **16,186.84** | **20,987.10** |

| Line Items | W9 6/24/2026 6/30/2026 | W10 7/1/2026 7/7/2026 | W11 7/8/2026 7/14/2026 |
|---|---:|---:|---:|
| **Sales Revenue (net of sales tax)** | 22,947.46 | 30,820.67 | 21,493.77 |
| Cost of Goods Sold | (10,101.99) | (10,569.92) | (11,126.86) |
| **GROSS PROFIT** | **12,845.47** | **20,250.75** | **10,366.91** |
| Lottery Commission Income | 174.23 | 234.01 | 163.19 |
| **TOTAL INCOME** | **13,019.70** | **20,484.76** | **10,530.10** |
| | | | |
| **EXPENSES** | | | |
| Advertising & Promotion | 419.46 | 419.46 | 419.46 |
| Bookkeeping | 1000 | | |
| Automobile Expense | 64.57 | 64.57 | 64.57 |
| Bank Service Charges | 25.00 | 25.00 | 25.00 |
| Insurance Expense | 745.68 | 745.68 | 745.68 |
| Internet | 156.89 | 156.89 | 156.89 |
| Janitorial Expense | 30.00 | 30.00 | 30.00 |
| Landscaping & Snow Plowing | 50.00 | 50.00 | 50.00 |
| Legal  Fees | 500.00 | 500.00 | 500.00 |
| Licenses and Permits | 160 | | 160 |
| Office Expenses | 93.09 | 93.09 | 93.09 |
| Printing & Reproduction | 30.77 | 30.77 | 30.77 |
| Payroll Processing | 235.00 | | |
| Wages & Salaries | 2,952.27 | 2,952.27 | 2,952.27 |
| Payroll Taxes | 323.27 | 323.27 | 323.27 |
| Rent Expense | 6000 | | |
| Repairs & Maintenance | 90.00 | 90.00 | 90.00 |
| Supplies | 115.00 | 115.00 | 115.00 |
| Security | 64.61 | | |
| Software | 40.00 | 40.00 | 40.00 |
| Telephone & Fax | 216.52 | | |
| Utilities | 276.36 | 276.36 | 276.36 |
| Uniforms & Shoes | 249.00 | | |
| Waste Management | 699.58 | | |
| Seller's Secured Note | | 4000 | |
| Subchapter V Trustee (est.) | 300 | 300 | 300 |
| **TOTAL EXPENSES** | **14,837.07** | **10,212.36** | **6,372.36** |
| | | | |
| **NET INCOME / (LOSS)** | **(1,817.37)** | **10,272.40** | **4,157.74** |
| | | | |
| **Initial Cash** | **20,987.10** | **19,169.73** | **29,442.13** |
| **Ending Cash** | **19,169.73** | **29,442.13** | **33,599.87** |

| Line Items | W12 7/15/2026 7/21/2026 | W13 7/22/2026 7/28/2026 |
|---|---|---|
| **Sales Revenue (net of sales tax)** | 26,042.18 | 25,493.22 |
| Cost of Goods Sold | (14,971.73) | (12,916.86) |
| **GROSS PROFIT** | **11,070.45** | **12,576.36** |
| Lottery Commission Income | 197.73 | 193.56 |
| **TOTAL INCOME** | **11,268.18** | **12,769.92** |
| | | |
| **EXPENSES** | | |
| Advertising & Promotion | 419.46 | 419.46 |
| Bookkeeping | | 1000 |
| Automobile Expense | 64.57 | 64.57 |
| Bank Service Charges | 25.00 | 25.00 |
| Insurance Expense | 745.68 | 745.68 |
| Internet | 156.89 | 156.89 |
| Janitorial Expense | 30.00 | 30.00 |
| Landscaping & Snow Plowing | 50.00 | 50.00 |
| Legal  Fees | 500.00 | 500.00 |
| Licenses and Permits | | 160 |
| Office Expenses | 93.09 | 93.09 |
| Printing & Reproduction | 30.77 | 30.77 |
| Payroll Processing | | 235.00 |
| Wages & Salaries | 2,952.27 | 2,952.27 |
| Payroll Taxes | 323.27 | 323.27 |
| Rent Expense | | 6000 |
| Repairs & Maintenance | 90.00 | 90.00 |
| Supplies | 115.00 | 115.00 |
| Security | | 64.61 |
| Software | 40.00 | 40.00 |
| Telephone & Fax | | 216.52 |
| Utilities | 276.36 | 276.36 |
| Uniforms & Shoes | | |
| Waste Management | | |
| Seller's Secured Note | | |
| Subchapter V Trustee (est.) | 300 | 300 |
| **TOTAL EXPENSES** | **6,212.36** | **13,888.49** |
| | | |
| **NET INCOME / (LOSS)** | **5,055.82** | **(1,118.57)** |
| | | |
| **Initial Cash** | **33,599.87** | **38,655.69** |
| **Ending Cash** | **38,655.69** | **37,537.12** |