# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In Re:

THE DOCK ON COOLEY LLC        Case No. 26-30869

       Chapter 11

       Debtor.        Hon. Joel D. Applebaum

_____/

## ORDER GRANTING DEBTOR'S INTERIM USE OF CASH COLLATERAL

Upon the stipulation in support of entry of this Order and for the reasons stated on the record at the hearing on this matter and held on April 29, 2026,

IT IS HEREBY ORDERED THAT,

Debtor may use cash collateral for the time period from April 29, 2026 through May 6, 2026 at 2:30 up to the amounts set forth in the Debtor's 13 Week Budget [ECF 47] for the same time period. If the parties are unable to submit a further stipulated final cash collateral order prior to May 6, 2026, the Court shall hold a telephonic hearing at 2:30 p.m. on May 6, 2026 on Debtor's continued use of cash collateral. **At least five minutes before the scheduled time for hearing, counsel and interested parties should call (202) 503-1666 and use Conference ID 969 654 90#. Landline connections are preferred, but cell phone or other telephone services are allowed. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating. Under no circumstances should a phone be placed "on hold" during any part of the call.**

IT IS FURTHER ORDERED that the timely raised or filed objections of all creditors and parties in interest to the *Debtor's Chapter 11 First Day Motion to Use Cash Collateral* [ECF 11] are preserved.

IT IS FURTHER ORDERED that this Order shall be served upon all creditors and parties in interest identified on the Debtor's mailing matrix within 24 hours of its entry.

**Signed on April 30, 2026**



/s/ Joel D. Applebaum

**Joel D. Applebaum**
**United States Bankruptcy Judge**