# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In Re:

**THE DOCK ON COOLEY LLC,**                     Case No. 26-30869
                                                Chapter 11
Debtor.                                          Hon. Joel D. Applebaum

## STATUS REPORT

NOW COMES Debtor, through counsel, and states:

1. Debtor's 341(a) Meeting of Creditors was held.

2. Debtor's initial debtor interview has been held with the Office of the United States Trustee.

3. The status conference required under 11 U.S.C. § 1188(a) has been scheduled for June 3, 2026 at 11:00 a.m. (ET) by telephone.

4. Debtor's assets are insured and Debtor is operating under a final cash collateral Order. A further deposition of Debtor's principal has been scheduled.

5. The deadline for Debtor to file a Chapter 11 plan is July 7, 2026. A confirmation hearing has been scheduled for August 19, 2026 at 11:00 a.m. at the United States Bankruptcy Court, 226 West Second Street, Flint, Michigan 48502.

6. Debtor is in communication with the Subchapter V Trustee regarding potential resolutions to the case, and has spoken with counsel for Landlord regarding a potential resolution. There may be some interest in potential purchaser(s) purchasing Debtor's assets

7. The deadline for creditors to file proofs of claim is August 6, 2026.

8. The last day to oppose the dischargeability of certain debts is July 7, 2026.

Respectfully submitted,

   /s/ Robert Bassel
**ROBERT N. BASSEL (P48420)**
Counsel for Debtor
P.O. Box T
Clinton, MI 49236
(248) 677-1234
bbassel@gmail.com