**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

In re:                                              Chapter 11

**THE DOCK ON COOLEY LLC**                Case No. 26-30869
                                                    Hon. Joel D. Applebaum

        Debtor.

_____/

## ORDER TO (A) SCHEDULE CONTINUED 2004 EXAM

Upon the stipulation of FBZ Enterprises, LLC and the above-captioned Debtor, by their respective counsel; and the Court having reviewed said stipulation and found the relief requested in the Stipulation is appropriate; and the Court having reviewed its file and being otherwise sufficiently advised in the premises.

**IT IS HEREBY ORDERED THAT:**

1.      To the extent such non-privileged documents exist and are in Debtor's possession, custody or control, the Debtor is directed to produce the following documents concerning The Dock on Cooley LLC (the "LLC"), on or before Monday June 1st, 2026, at 10:00 a.m. to the extent that he is able to gather such documents, without prejudice to a further request for an examination depending on what Debtor has been able to gather within this time frame:

   a. All Tax Returns for The Dock on Cooley LLC for 2022, 2023, 2024 and 2025.

b. All Sales and Withholding Tax Returns for 2022, 2023, 2024, 2025 and 2026.

c. All Sales Tax or Withholding Tax payments made from 2022 through 2026.

d. Monthly Sales reports from the restaurants Point of Sale system (Sky Tab, Spot On), or whatever system that was used for 2023, 2024, 2025 and 2026.

e. Daily sales reports (commonly called Z-reports) from January 1st, 2025 through May 28th, 2026.

f. A Fixed Asset Register, and if that does not exist, something that shows asset purchase prices, depreciation, sale prices, etc. for assets owned and/or sold by the LLC since 2022, including any work papers prepared by and/ or supplied to an accountant.

g. All bank statements and bank ledgers from January 1st, 2025 through April 30th 2026 for The Dock on Cooley LLC.

2. To the extent that the Debtor withholds or redacts any documents, it shall provide a privilege/redaction log prepared in accordance with Rule 26(b)(5) of the Federal Rules of Civil Procedure.

3. Debtor's principal, PERPARIM (Frank) GJURA, shall appear for an examination under oath pursuant to Bankruptcy Rule 2004 on Thursday June 4th,

2026, at 3:00 p.m. Unless otherwise agreed in writing, the examination shall occur at Xuereb Law Group, 39209 Six Mile, Suite 165, Livonia, MI. The scope of any examination ordered shall be governed by Bankruptcy Rule 2004(b) and all applicable procedural rules and laws.

4. Except as expressly agreed to in writing or as set forth herein, all parties and examinees shall pay their own costs, fees and expenses, including professional fees, associated with the document production and examinations contemplated in this Order provided, however, that the Creditor shall pay the costs of any court reporters or stenographers scheduled pursuant to this Order. To the extent that the relevant bank charges more than a de minimis fee for copies of documents, the parties shall confer in good faith regarding how to allocate that cost, and if they are not able to arrive at an agreed to allocation, will defer to the Court to determine the proper allocation of costs.

5. This Court shall retain jurisdiction to resolve any disputes arising from or related to this Order, and to interpret, implement, and enforce the provisions of this Order.

**Signed on May 31, 2026**



/s/ Joel D. Applebaum

**Joel D. Applebaum**
**United States Bankruptcy Judge**