**Fill in this information to identify the case:**

Debtor Name  THE DOCK ON COOLEY LLC

United States Bankruptcy Court for the: Eastern District of Michigan

Case number: 26-30869-jda

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:          April 2026          April 8 to April 30, 2026          Date report filed: 06/09/2026
MM / DD / YYYY

Line of business:  Restaurant/bar          NAISC code: 722511

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:          Perparim "Frank" Gjura

Original signature of responsible party          /s/ Perparim Gjura

Printed name of responsible party          Perparim "Frank" Gjura

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? *did not get DIP account this reporting pd.* | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☑ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☑ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

26-30869-jda    Doc 78    Filed 06/18/26    Entered 06/18/26 23:39:09    Page 1 of 8

17. Have you paid any bills you owed before you filed bankruptcy?                          ❑   ☑   ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❑   ☑   ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.                                                        $ _____2818.34_____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.                              $ _____36705.06_____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.                      − $ _____33767.43_____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.               + $ _____2937.63_____
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ _____5755.97_____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                                   $ _____0.00_____

    *(Exhibit E)*

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                        $ _____0.00_____

     *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                    N/A

27. What is the number of employees as of the date of this monthly report?        N/A

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____0.00_____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?        $ _____0.00_____

30. How much have you paid this month in other professional fees?        $ _____0.00_____

31. How much have you paid in total other professional fees since filing the case?        $ _____0.00_____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ N/A | − | $ 36705.06 | = | $ N/A |
| 33. **Cash disbursements** | $ N/A | − | $ 33767.43 | = | $ N/A |
| 34. **Net cash flow** | $ N/A | − | $ 2937.63 | = | $ N/A |

35. Total projected cash receipts for the next month:        $ 79011.67

36. Total projected cash disbursements for the next month:        - $ 41255.58

37. Total projected net cash flow for the next month:        = $ 37756.09

26-30869-jda    Doc 78    Filed 06/18/26    Entered 06/18/26 23:39:09    Page 3 of 8

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# Basic Business Checking: XXXXXX0342

## Checks paid this statement period (continued)

\* Symbol indicates a break in check number sequence
# Symbol indicates an original item not enclosed
@ Symbol indicates a break in check number sequence and an original item not enclosed

| Check Number | Amount | Date Paid | Bank Reference Number | Check Number | Amount | Date Paid | Bank Reference Number |
|---|---|---|---|---|---|---|---|
| @656 | -400.00 | Apr 28 | 0970218323 | #9361 | -303.41 | Apr 17 | 0970195313 |
| #657 | -352.20 | Apr 29 | 0970125123 | #9362 | -250.00 | Apr 20 | 0970093623 |
| @662 | -176.63 | Apr 30 | 0970186906 | #9363 | -540.00 | Apr 17 | 0310110129 |
| @9356 | -605.34 | Apr 20 | 0970319195 | #9364 | -288.42 | Apr 21 | 0970009778 |
| #9357 | -413.06 | Apr 20 | 0970293729 | #9365 | -262.62 | Apr 20 | 0970073944 |
| #9358 | -136.17 | Apr 20 | 0970070933 | @9758 | -420.00 | Apr 28 | 0310111514 |
| #9359 | -279.69 | Apr 20 | 0970281988 | #9759 | -550.00 | Apr 24 | 0310099875 |
| #9360 | -1,959.29 | Apr 20 | 0310172055 | #9760 | -437.30 | Apr 27 | 0970032991 |
| | | | | @9763 | -2,075.10 | Apr 24 | 0310092844 |

Total checks paid this statement period: -$12,740.09
Total number of checks paid this statement period: 23

## Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Customer | Bank |
|---|---|---|---|---|
| | | | **Reference numbers** | |
| Apr 01 | -711.06 | MI Lottery MI Lottery 260401 0115941 | | 9488740861 |
| Apr 01 | -425.60 | State Of Michnws Liquorsale   #005926787 | | 9488362556 |
| Apr 02 | -297.38 | Great Lakes Wine Fintecheft 040126 87-4384621 | | 9488902546 |
| Apr 02 | -105.96 | Shift4 Shift4 I26040139616 | | 9488496777 |
| Apr 02 | -19.98 | Shift4 Fees 260331 068880022573731 | | 9488605859 |
| Apr 03 | -552.60 | Premium Distribu Fintecheft 040226 87-4384621 | | 9488321334 |
| Apr 06 | -969.65 | Comcast-xfinity Cable Svcs 260403 | | 9488564585 |
| Apr 06 | -759.00 | Fabiano Brothers Invoices 4522104/02/26 | | 9488223239 |
| Apr 07 | -110.00 | Sporcle, Inc. Purchase N3t6cngqxb5r83g | | 9488877560 |
| Apr 08 | -1,436.17 | MI Lottery MI Lottery 260408 0115941 | | 9488627683 |
| Apr 09 | -408.00 | Tri-county Bever Fintecheft 040826 87-4384621 | | 9488671937 |
| Apr 09 | -195.00 | Great Lakes Wine Fintecheft 040826 87-4384621 | | 9488671714 |
| Apr 10 | -1,596.26 | Www.ilcasco.com Direct Pay 260410 242129 | | 9488435410 |
| Apr 10 | -721.20 | Premium Distribu Fintecheft 040926 87-4384621 | | 9488859474 |
| Apr 10 | -378.00 | Rave Associates, Fintecheft 040926 87-4384621 | | 9488919834 |
| Apr 13 | -452.70 | Fabiano Brothers Invoices 4522104/09/26 | | 9488618147 |
| Apr 13 | -207.70 | State Of Michgwl Liquorsale   #005488947 | | 9488898947 |
| Apr 14 | -356.32 | Prog Michigan Ins Prem 260413 | | 9488317507 |
| Apr 14 | -110.00 | Sporcle, Inc. Purchase Zz557xcwlgrn2pf | | 9488125072 |
| Apr 15 | -1,354.28 | MI Lottery MI Lottery 260415 0115941 | | 9488819185 |
| Apr 15 | -485.85 | State Of Michnws Liquorsale   #006230346 | | 9488599128 |
| Apr 16 | -249.82 | Great Lakes Wine Fintecheft 041526 87-4384621 | | 9488785418 |
| Apr 17 | -322.00 | Westguard Ins CO Ins Prem Dowc772094 | | 9488419632 |
| Apr 20 | -945.20 | Westguard Ins CO Ins Prem Dobp765316 | | 9488684777 |
| Apr 20 | -43.20 | Fabiano Brothers Invoices 4522104/16/26 | | 9488716795 |
| Apr 21 | -113.00 | Sporcle, Inc. Purchase Vjxgd26bb4zjhwf | | 9488302710 |
| Apr 22 | -1,118.60 | MI Lottery MI Lottery 260422 0115941 | | 9488006261 |
| Apr 23 | -2,420.00 | Spoton Minpmt Jpmvxhhc | | 9488458759 |
| Apr 23 | -246.29 | Great Lakes Wine Fintecheft 042226 87-4384621 | | 9488235603 |
| Apr 24 | -453.70 | Premium Distribu Fintecheft 042326 87-4384621 | | 9488400242 |
| Apr 27 | -669.80 | Fabiano Brothers Invoices 4522104/23/26 | | 9488859910 |
| Apr 27 | -593.25 | State Of Michgwl Liquorsale   #005529166 | | 9488320411 |
| Apr 27 | -56.00 | National Wine & Fintecheft 042426 87-4384621 | | 9488843766 |
| Apr 28 | -140.00 | Ad Tax & Account ACH Debit 260428 9030915933 | | 9488057653 |
| Apr 28 | -110.00 | Sporcle, Inc. Purchase Gpzpm87nj89ntch | | 9488000435 |
| Apr 29 | -1,659.11 | State Of Michnws Liquorsale   #006522650 | | 9488552601 |
| Apr 29 | -1,111.44 | MI Lottery MI Lottery 260429 0115941 | | 9488804600 |
| Apr 30 | -1,493.08 | DTE Energy Billpay 260429 | | 9488260184 |
| Apr 30 | | | | 9488223362 |

## Basic Business Checking: XXXXXX0342

### Electronic withdrawals this statement period (continued)

| Date | Amount ($) | Activity | Reference numbers Customer | Bank |
|---|---|---|---|---|
| Apr 30 | -140.00 | Ad Tax & Account ACH Debit 260430 9030929119 | | 9488101029 |
| Apr 30 | -75.00 | Ad Tax & Account ACH Debit 260430 9030952499 | | 9488101031 |

Total Electronic Withdrawals: -$24,041.68
Total Number of Electronic Withdrawals: 41

### Other withdrawals this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Apr06 | -2,200.00 | Withdrawal | 0310147582 |

Total Other Withdrawals: -$2,200.00
Total Number of Other Withdrawals: 1

### Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Apr 13 | -51.70 | Service Charge | 0000015930 |

Total Fees and Service Charges: -$51.70
Total Number of Fees and Service Charges: 1

### Transfers to other accounts this statement period

| Date | Amount ($) | Activity | | Bank reference number |
|---|---|---|---|---|
| Apr 03 | -2,000.00 | Web Funds Transfer To Account | Xxxxxx1180 | WB10406241 |
| Apr 20 | -1,346.30 | Phone Transfer To: Xxxxxxxxxxx1180 | | SAC627 |
| Apr 22 | -38.89 | Phone Transfer To: Xxxxxxxxxxx1180 | | SAC627 |

Total Transferred to Other Accounts: -$3,385.19
Total Number of Transfers to Other Accounts: 3

###  Lowest daily balance

Your lowest daily balance this statement period was **$369.20**
on **April 1, 2026**.

# *Basic Business Checking* account details: XXXXXX0342

## Electronic deposits this statement period

| Date | Amount | Activity | Reference numbers Customer | Bank |
|---|---|---|---|---|
| Apr 01 | 2,086.44 | Shift4 Pymt Proc 260401 068880022573731 | | 9488886979 |
| Apr 02 | 883.31 | Shift4 Pymt Proc 260402 068880022573731 | | 9488186044 |
| Apr 03 | 1,118.50 | Shift4 Pymt Proc 260403 068880022573731 | | 9488506477 |
| Apr 06 | 2,253.96 | Shift4 Pymt Proc 260405 068880022573731 | | 9488601586 |
| Apr 06 | 1,496.23 | Shift4 Pymt Proc 260405 068880022573731 | | 9488601587 |
| Apr 06 | 1,326.89 | Shift4 Pymt Proc 260406 068880022573731 | | 9488247541 |
| Apr 07 | 1,167.04 | Shift4 Pymt Proc 260407 068880022573731 | | 9488469278 |
| Apr 08 | 1,373.00 | Shift4 Pymt Proc 260408 068880022573731 | | 9488668144 |
| Apr 09 | 662.70 | Shift4 Pymt Proc 260409 068880022573731 | | 9488722055 |
| Apr 10 | 2,051.67 | Shift4 Pymt Proc 260410 068880022573731 | | 9488932181 |
| Apr 13 | 2,791.51 | Shift4 Pymt Proc 260412 068880022573731 | | 9488969507 |
| Apr 13 | 2,465.98 | Shift4 Pymt Proc 260412 068880022573731 | | 9488969508 |
| Apr 13 | 1,401.22 | Shift4 Pymt Proc 260413 068880022573731 | | 9488508207 |
| Apr 14 | 1,240.90 | Shift4 Pymt Proc 260414 068880022573731 | | 9488634971 |
| Apr 15 | 1,152.94 | Shift4 Pymt Proc 260415 068880022573731 | | 9488782729 |
| Apr 16 | 1,528.84 | Shift4 Pymt Proc 260416 068880022573731 | | 9488887623 |
| Apr 16 | 7.33 | Owner.com Owner.com St-c6c0n5e8f3z8 | | 9488675164 |
| Apr 20 | 2,902.37 | Shift4 Pymt Proc 260419 068880022573731 | | 9488071064 |
| Apr 20 | 2,412.49 | Shift4 Pymt Proc 260417 068880022573731 | | 9488844273 |
| Apr 20 | 1,675.36 | Shift4 Pymt Proc 260419 068880022573731 | | 9488071065 |
| Apr 20 | 1,226.73 | Shift4 Pymt Proc 260420 068880022573731 | | 9488721415 |
| Apr 21 | 705.56 | Shift4 Pymt Proc 260421 068880022573731 | | 9488865262 |
| Apr 22 | 661.21 | Shift4 Pymt Proc 260422 068880022573731 | | 9488233683 |
| Apr 23 | 1,345.66 | Shift4 Pymt Proc 260423 068880022573731 | | 9488410265 |
| Apr 24 | 2,440.63 | Shift4 Pymt Proc 260424 068880022573731 | | 9488347462 |
| Apr 27 | 2,494.76 | Shift4 Pymt Proc 260426 068880022573731 | | 9488184153 |
| Apr 27 | 1,580.75 | Shift4 Pymt Proc 260426 068880022573731 | | 9488184154 |
| Apr 27 | 1,463.33 | Shift4 Pymt Proc 260427 068880022573731 | | 9488486871 |
| Apr 28 | 1,075.89 | Shift4 Pymt Proc 260428 068880022573731 | | 9488601492 |
| Apr 29 | 1,100.97 | Shift4 Pymt Proc 260429 068880022573731 | | 9488164628 |
| Apr 30 | 943.26 | Shift4 Pymt Proc 260430 068880022573731 | | 9488497826 |

**Total Electronic Deposits: $47,037.43**

**Total Number of Electronic Deposits: 31**

## Paper deposits this statement period

| Date | Amount ($) | Reference numbers Customer | Bank | Date | Amount ($) | Reference numbers Customer | Bank |
|---|---|---|---|---|---|---|---|
| Apr 01 | 750.00 | | 0310063056 | Apr 01 | 18.00 | | 0310061119 |

**Total Paper Deposits: $768.00**

**Total Number of Paper Deposits: 2**

## Checks paid this statement period

* Symbol indicates a break in check number sequence

# Symbol indicates an original item not enclosed

@ Symbol indicates a break in check number sequence and an original item not enclosed

| Check Number | Amount | Date Paid | Bank Reference Number | Check Number | Amount | Date Paid | Bank Reference Number |
|---|---|---|---|---|---|---|---|
| #527 | -180.00 | Apr 30 | 0970193104 | #652 | -1,483.27 | Apr 24 | 0970002248 |
| @632 | -500.00 | Apr 02 | 0970031727 | #653 | -350.00 | Apr 27 | 0970265030 |
| @651 | -450.00 | Apr 22 | 0970030193 | #654 | -327.59 | Apr 28 | 0970219606 |

26-30869-jda    Doc 78    Filed 06/18/26    Entered 06/18/26 23:39:09    Page 7 of 8

80309

THE DOCK ON COOLEY LLC DBA
PRIME 7 BAR & RESTAURANT
8635 COOLEY LAKE RD
COMMERCE TOWNSHIP MI 48382

**Basic Business Checking statement**

April 1, 2026 to April 30, 2026
Account number 1854020342

## Account summary

**To contact us**

**Call**
(800) 266-3742
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
PO BOX 75000
DETROIT, MI 48275-8309

| | |
|---|---|
| **Beginning balance on April 1, 2026** | $369.20 |
| Plus deposits | |
| Electronic deposits | $47,037.43 |
| Paper deposits | $768.00 |
| Less withdrawals | |
| Checks | -$12,740.09 |
| Electronic (EFT) withdrawals | -$24,041.68 |
| Other withdrawals | -$2,200.00 |
| Fees and service charges | -$51.70 |
| Transfers to other accounts | -$3,385.19 |
| **Ending balance on April 30, 2026** | $5,755.97 |

**Important information**

The Account Balance Fee for this statement period for this account is $0.00/$1,000.

Thank you

26-30869-jda    Doc 78    Filed 06/18/26    Entered 06/18/26 23:39:09    Page 8 of 8