## Fill in this information to identify the case:

Debtor Name __The Dock on Cooley LLC dba Prime 7 Bar & Restaurant__

United States Bankruptcy Court for the: Eastern District of Michigan

Case number: __26-30869__

❑ Check if this is an amended filing

---

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __May 2026__

Date report filed: __07/01/2026__
MM / DD / YYYY

Line of business: __Bar & Restaurant__

NAISC code: __722410__

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: __Perparim "Frank" Gjura__

Original signature of responsible party __/s/  Perparim  Gjura__

Printed name of responsible party __Perparim "Frank" Gjura__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ☑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ☑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

*DIP account was being set up this month* (note at line 5)

*DIP account was being set up this month* (note at line 10–11)

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 5,786.80

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 54,741.44

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 55,395.88

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -654.44

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 5,132.36

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 0.00

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                    $ _____ 0.00

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                               11

27. What is the number of employees as of the date of this monthly report?                  11

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00

30. How much have you paid this month in other professional fees?        $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?        $ _____ 0.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | **—** | **Actual** | **=** | **Difference** |
| From 13 week budget | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 52,202.56 | — | $ 54,741.44 | = | $ -2,538.88 |
| 33. **Cash disbursements** | $ 44,370.52 | — | $ 55,395.88 | = | $ -11,025.36 |
| 34. **Net cash flow** | $ 7,832.04 | — | $ -654.44 | = | $ 8,486.48 |

35. Total projected cash receipts for the next month:                                    $ 42,449.38

36. Total projected cash disbursements for the next month:                            - $ 38,726.69

37. Total projected net cash flow for the next month:                                    = $ 3,722.69

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

80309

THE DOCK ON COOLEY LLC DBA
PRIME 7 BAR & RESTAURANT
8635 COOLEY LAKE RD
COMMERCE TOWNSHIP MI 48382

## Basic Business Checking statement

May 1, 2026 to May 31, 2026
Account number 1853631180

## Account summary

| | |
|---|---|
| **Beginning balance on May 1, 2026** | $30.83 |
| Plus deposits | |
| Electronic deposits | $1,431.90 |
| Less withdrawals | |
| Electronic (EFT) withdrawals | -$560.55 |
| Other withdrawals | -$252.42 |
| Fees and service charges | -$152.00 |
| Transfers to other accounts | -$497.76 |
| **Ending balance on May 31, 2026** | $0.00 |

### To contact us

**Call**
(800) 266-3742
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
PO BOX 75000
DETROIT, MI 48275-8309

### Important information

The Account Balance Fee for this statement period for this account is $0.00/$1,000.

**Thank you**

26-30869-jda   Doc 84   Filed 07/01/26   Entered 07/01/26 14:12:36   Page 5 of 17

# Basic Business Checking account details: XXXXXX1180

## Electronic deposits this statement period

| Date | Amount | Activity | Reference numbers Customer | Bank |
|------|--------|----------|----------|------|
| May 01 | 159.47 | Doordash, Inc. 8635 Coole St-u5d4d0m3o7l2 | | 9488141481 |
| May 04 | 76.14 | Doordash, Inc. 8635 Coole St-l2m6k4g7e3u3 | | 9488898598 |
| May 05 | 54.68 | Doordash, Inc. 8635 Coole St-j4y6z8f3y3k1 | | 9488866851 |
| May 06 | 23.23 | Doordash, Inc. 8635 Coole St-k2y8n9l1t8h2 | | 9488315938 |
| May 07 | 48.29 | Doordash, Inc. 8635 Coole St-c5a8f2y8x0r5 | | 9488498010 |
| May 08 | 29.21 | Doordash, Inc. 8635 Coole St-i6s3m8j4d4g5 | | 9488571411 |
| May 08 | 12.32 | Grubhub Inc May Actvty 26050806h_5djdi | | 9488698696 |
| May 08 | 11.45 | Grubhub Inc Apr Actvty 26050801h_5djdi | | 9488799510 |
| May 11 | 88.56 | Doordash, Inc. 8635 Coole St-g9o9t4y4w4b3 | | 9488201871 |
| May 12 | 82.21 | Doordash, Inc. 8635 Coole St-n6z2p4f8w6l8 | | 9488938234 |
| May 13 | 80.11 | Doordash, Inc. 8635 Coole St-e2l0v5d1x6r4 | | 9488083190 |
| May 14 | 6.53 | Doordash, Inc. 8635 Coole St-x2w2x6p7c1y3 | | 9488081092 |
| May 15 | 124.35 | Doordash, Inc. 8635 Coole St-f7l0s3c1m7j4 | | 9488994053 |
| May 19 | 239.83 | Doordash, Inc. 8635 Coole St-q3t8x5p3a8l8 | | 9488038479 |
| May 21 | 21.68 | Doordash, Inc. 8635 Coole St-a0u4a0n7d1r2 | | 9488018988 |
| May 22 | 17.13 | Grubhub Inc May Actvty 26052220h_5djdi | | 9488385430 |
| May 22 | 6.75 | Doordash, Inc. 8635 Coole St-r2g3d3t0c5y5 | | 9488559858 |
| May 26 | 252.20 | Doordash, Inc. 8635 Coole St-a9o1v5c0x2k7 | | 9488290850 |
| May 27 | 67.92 | Doordash, Inc. 8635 Coole St-g5h0t2a5a8x3 | | 9488674996 |
| May 28 | 29.84 | Doordash, Inc. 8635 Coole St-q6n5g2e4o4i7 | | 9488168574 |

**Total Electronic Deposits: $1,431.90**

**Total Number of Electronic Deposits: 20**

## Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Reference numbers Customer | Bank |
|------|-----------|----------|----------|------|
| May 01 | -250.74 | ADP Payroll Fees ADP Fees 260501 932840870160 | | 9488661181 |
| May 01 | -66.04 | ADP Payroll Fees ADP Fees 260501 932840870161 | | 9488661238 |
| May 05 | -173.96 | Autofortiva Pmt Payment 260504 | | 9488457905 |
| May 20 | -69.81 | Adt Security Ser Adtpapach | | 9488111879 |

**Total Electronic Withdrawals: -$560.55**

**Total Number of Electronic Withdrawals: 4**

## Other withdrawals this statement period

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|------------------------|
| May 26 | -252.42 | Withdrawal | 0310146183 |

**Total Other Withdrawals: -$252.42**

**Total Number of Other Withdrawals: 1**

## Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|------------------------|
| May 04 | -38.00 | Fee - Overdraft | 9488661181 |
| May 04 | -38.00 | Fee - Overdraft | 9488661238 |
| May 06 | -38.00 | Fee - Overdraft | 9488457905 |

26-30869-jda   Doc 84   Filed 07/01/26   Entered 07/01/26 14:12:36   Page 6 of 17

# Basic Business Checking: XXXXXX1180

## Fees and service charges this statement period (continued)

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|------------------------|
| May 21 | -38.00 | Fee - Overdraft | 9488111879 |

**Total Fees and Service Charges: -$152.00**
**Total Number of Fees and Service Charges: 4**

## Transfers to other accounts this statement period

| Date | Amount ($) | Activity | | Bank reference number |
|------|-----------|----------|--|------------------------|
| May 20 | -400.00 | Web Funds Transfer To Account | Xxxxxx0342 | WB10506255 |
| May 28 | -97.76 | Phone Transfer To: Xxxxxxxxxxx0342 | | SAC627 |

**Total Transferred to Other Accounts: -$497.76**
**Total Number of Transfers to Other Accounts: 2**

## $ Lowest daily balance

Your lowest daily balance this statement period was **$-260.39** on **May 6, 2026**.

26-30869-jda   Doc 84   Filed 07/01/26   Entered 07/01/26 14:12:36   Page 7 of 17

# Basic Business Checking: XXXXXX1180

PLEASE EXAMINE THIS STATEMENT PROMPTLY
Reporting Errors and Unauthorized Transactions

**Electronic Fund Transfers (Personal Accounts)**: Call us at 800.572.6620 or write to us at Comerica Bank, Electronic Processing, P.O. Box 75000, Detroit, MI 48275 as soon as you can, if you think your statement or receipt is incorrect or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent or otherwise made available to you the FIRST statement on which the error or problem appeared.

When reporting the error: (1) tell us your name and account number (if any); (2) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information; and (3) tell us the dollar amount of the suspected error or the transaction you question. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. See the Comerica Business and Personal Deposit Account Contract for details.

**Electronic Fund Transfers (Business Accounts)**: Call us at 800.572.6620 or write to us at Comerica Bank, MC 7603, P.O. Box 75000, Detroit, MI 48275 immediately if you think your statement or receipt is incorrect or an electronic fund transfer has been made without your permission. It is important that you review your statements closely and immediately report unauthorized transactions to mitigate your possible losses. See the Comerica Business and Personal Deposit Account Contract for details.

**Checks and Other Non-Electronic Fund Transfers**: Contact us at the phone number or address listed on the first page of this statement if you need a copy of a check or additional information about a transaction shown on your statement, or to report an unauthorized transaction or error involving a check or other non-electronic funds transfer. The best way to limit your possible losses is to report any issue as soon as possible, but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Account Contract for further details.

**Balancing Your Account**: For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.


26-30869-jda    Doc 84    Filed 07/01/26    Entered 07/01/26 14:12:36    Page 8 of 17

80309

THE DOCK ON COOLEY LLC DBA
PRIME 7 BAR & RESTAURANT
8635 COOLEY LAKE RD
COMMERCE TOWNSHIP MI 48382

## Account summary

| | |
|---|---|
| Beginning balance on May 1, 2026 | **$5,755.97** |
| Plus deposits | |
| Electronic deposits | $49,604.19 |
| Paper deposits | $960.00 |
| Transfers from other accounts | $497.76 |
| Less withdrawals | |
| Checks | -$24,080.60 |
| Electronic (EFT) withdrawals | -$21,561.80 |
| Other withdrawals | -$11,168.86 |
| Fees and service charges | -$454.80 |
| **Ending balance on May 31, 2026** | **$-448.14** |

*Basic Business Checking*
**statement**

May 1, 2026 to May 31, 2026
Account number 1854020342

### To contact us

**Call**
(800) 266-3742
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
PO BOX 75000
DETROIT, MI 48275-8309

### Important information

The Account Balance Fee for this statement period for this account is $0.00/$1,000.

**Thank you**

26-30869-jda   Doc 84   Filed 07/01/26   Entered 07/01/26 14:12:36   Page 9 of 17

## Basic Business Checking account details: XXXXXX0342

## Electronic deposits this statement period

| Date | Amount | Activity | Reference numbers Customer | Bank |
|------|--------|----------|---------------------------|------|
| May 01 | 1,289.01 | Shift4 Pymt Proc 260501 068880022573731 | | 9488808636 |
| May 04 | 2,066.10 | Shift4 Pymt Proc 260503 068880022573731 | | 9488843380 |
| May 04 | 1,799.32 | Shift4 Pymt Proc 260503 068880022573731 | | 9488843379 |
| May 04 | 1,284.57 | Shift4 Pymt Proc 260504 068880022573731 | | 9488476063 |
| May 04 | 0.56 | Owner.com Owner.com St-s2j8u4h3i9d7 | | 9488929172 |
| May 05 | 905.61 | Shift4 Pymt Proc 260505 068880022573731 | | 9488820452 |
| May 06 | 874.71 | Shift4 Pymt Proc 260506 068880022573731 | | 9488952165 |
| May 07 | 1,042.20 | Shift4 Pymt Proc 260507 068880022573731 | | 9488012474 |
| May 08 | 1,409.34 | Shift4 Pymt Proc 260508 068880022573731 | | 9488125538 |
| May 08 | 4.48 | Owner.com Owner.com St-u9f2z3v5n9p4 | | 9488820369 |
| May 11 | 3,758.05 | Shift4 Pymt Proc 260511 068880022573731 | | 9488674631 |
| May 11 | 3,356.16 | Shift4 Pymt Proc 260510 068880022573731 | | 9488185340 |
| May 11 | 2,038.51 | Shift4 Pymt Proc 260510 068880022573731 | | 9488185341 |
| May 11 | 3.34 | Owner.com Owner.com St-h1n7d0w2x7y0 | | 9488241441 |
| May 12 | 550.67 | Shift4 Pymt Proc 260512 068880022573731 | | 9488765685 |
| May 13 | 945.64 | Shift4 Pymt Proc 260513 068880022573731 | | 9488776438 |
| May 13 | 10.63 | Owner.com Owner.com St-c6p1q6d6s0t0 | | 9488412796 |
| May 14 | 1,545.49 | Shift4 Pymt Proc 260514 068880022573731 | | 9488831980 |
| May 15 | 1,889.85 | Shift4 Pymt Proc 260515 068880022573731 | | 9488985074 |
| May 18 | 2,152.08 | Shift4 Pymt Proc 260518 068880022573731 | | 9488638486 |
| May 18 | 2,095.36 | Shift4 Pymt Proc 260517 068880022573731 | | 9488109024 |
| May 18 | 2,002.12 | Shift4 Pymt Proc 260517 068880022573731 | | 9488109023 |
| May 19 | 629.50 | Shift4 Pymt Proc 260519 068880022573731 | | 9488710807 |
| May 19 | 14.07 | Owner.com Owner.com St-m6v7t0v4c1w6 | | 9488258676 |
| May 20 | 1,669.07 | Shift4 Pymt Proc 260520 068880022573731 | | 9488726170 |
| May 21 | 1,660.85 | Shift4 Pymt Proc 260521 068880022573731 | | 9488076174 |
| May 22 | 2,889.45 | Shift4 Pymt Proc 260522 068880022573731 | | 9488359491 |
| May 22 | 7.36 | Owner.com Owner.com St-o0l6n5t3m1a3 | | 9488002438 |
| May 26 | 2,760.00 | Shift4 Pymt Proc 260524 068880022573731 | | 9488270358 |
| May 26 | 1,600.39 | Shift4 Pymt Proc 260526 068880022573731 | | 9488386338 |
| May 26 | 1,589.17 | Shift4 Pymt Proc 260524 068880022573731 | | 9488270359 |
| May 26 | 1,467.53 | Shift4 Pymt Proc 260525 068880022573731 | | 9488270618 |
| May 27 | 190.00 | Returned Check Fee Refund | | GMS000 |
| May 27 | 114.00 | Overdraft Fee Refund | | GMS000 |
| May 27 | 2,420.00 | ACH Return    0017-a052726 | | 9488284781 |
| May 28 | 1,569.00 | Zelle The Dock On C | | ZPC000KTW1 |

**Total Electronic Deposits: $49,604.19**

**Total Number of Electronic Deposits: 36**

## Paper deposits this statement period

| Date | Amount ($) | Reference numbers Customer | Bank |
|------|-----------|---------------------------|------|
| May 20 | 960.00 | | 0310054671 |

**Total Paper Deposits: $960.00**

**Total Number of Paper Deposits: 1**

## Transfer from other accounts this statement period

| Date | Amount | Activity | | Bank reference number |
|------|--------|----------|--|----------------------|
| May 20 | 400.00 | Web Funds Transfer From Account    Xxxxxx1180 | | WB10506255 |

## Basic Business Checking: XXXXXX0342

### Transfer from other accounts this statement period (continued)

| Date | Amount | Activity | Bank reference number |
|------|--------|----------|-----------------------|
| May 28 | · 97.76 | Phone Transfer From: Xxxxxxxxxxx1180 | SAC627 |

**Total Transferred from Other Accounts: $497.76**
**Total Number of Transfers from Other Accounts: 2**

### Checks paid this statement period

\* Symbol indicates a break in check number sequence

\# Symbol indicates an original item not enclosed

@ Symbol indicates a break in check number sequence and an original item not enclosed

| Check Number | Amount | Date Paid | Bank Reference Number | Check Number | Amount | Date Paid | Bank Reference Number |
|--------------|--------|-----------|-----------------------|--------------|--------|-----------|-----------------------|
| #655 | -1,311.75 | May 01 | 0310125190 | #685 | -190.84 | May 15 | 0970025128 |
| @658 | -331.17 | May 04 | 0970029072 | #686 | -105.00 | May 29 | 0970002688 |
| @660 | -493.40 | May 01 | 0970206190 | #687 | -330.60 | May 18 | 0970023494 |
| #661 | -87.25 | May 07 | 0970029083 | #688 | -200.00 | May 15 | 0970153113 |
| @663 | -118.33 | May 06 | 0970131456 | #689 | -166.99 | May 15 | 0970023050 |
| #664 | -136.61 | May 04 | 0970071374 | @691 | -877.51 | May 15 | 0970213205 |
| #665 | -274.24 | May 01 | 0970270732 | #692 | -560.65 | May 20 | 0310081723 |
| #666 | -150.39 | May 04 | 0970291003 | #693 | -1,097.84 | May 18 | 0970080860 |
| #667 | -350.00 | May 04 | 0970357324 | #694 | -583.79 | May 15 | 0970153171 |
| #668 | -736.70 | May 05 | 0970218281 | #695 | -143.10 | May 29 | 0970161766 |
| #669 | -200.00 | May 01 | 0970206205 | #696 | -196.51 | May 18 | 0970248178 |
| #670 | -114.28 | May 06 | 0970178311 | #697 | -485.00 | May 15 | 0310098512 |
| #671 | -1,884.58 | May 11 | 0310165323 | #698 | -420.00 | May 19 | 0310083180 |
| #672 | -1,125.00 | May 06 | 0440013911 | #699 | -350.00 | May 19 | 0970151701 |
| #673 | -600.00 | May 14 | 0970025408 | #700 | -328.67 | May 18 | 0970074034 |
| #674 | -200.00 | May 08 | 0970004186 | #701 | -600.00 | May 18 | 0970081958 |
| #675 | -200.00 | May 12 | 0970046811 | #702 | -79.68 | May 20 | 0970167787 |
| #676 | -187.11 | May 11 | 0970076294 | #703 | -334.95 | May 22 | 0970024055 |
| #677 | -420.00 | May 11 | 0310114874 | #704 | -648.83 | May 20 | 0970118042 |
| #678 | -420.00 | May 11 | 0310114873 | #705 | -300.00 | May 20 | 0970165607 |
| #679 | -105.49 | May 11 | 0970076293 | #706 | -200.00 | May 22 | 0970153832 |
| #680 | -141.60 | May 13 | 0970136671 | #707 | -1,789.90 | May 26 | 0310187618 |
| #681 | -178.62 | May 11 | 0970023536 | #708 | -400.00 | May 22 | 0970027443 |
| #682 | -550.00 | May 08 | 0310108004 | @710 | -585.00 | May 22 | 0310096946 |
| @684 | -2,789.22 | May 18 | 0310169845 | | | | |

**Total checks paid this statement period: -$24,080.60**

**Total number of checks paid this statement period: 49**

### Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Reference numbers Customer | Bank |
|------|-----------|----------|---------------------------|------|
| May 01 | -676.20 | Premium Distribu Fintecheft 043026 87-4384621 | | 9488633059 |
| May 04 | -338.25 | Fabiano Brothers Invoices 4522104/30/26 | | 9488396269 |
| May 04 | -105.96 | Shift4 Shift4 I26050199377 | | 9488386672 |
| May 04 | -19.88 | Shift4 Fees 260430 068880022573731 | | 9488808791 |
| May 04 | -16.00 | National Wine & Fintecheft 050126 87-4384621 | | 9488361128 |
| May 05 | -110.00 | Sporcle, Inc. Purchase G4q88w3s8qf7tvg | | 9488223166 |
| May 06 | -1,102.11 | Comcast-xfinity Cable Svcs 260505 | | 9488946068 |
| May 06 | -729.74 | MI Lottery MI Lottery 260506 0115941 | | 9488960795 |
| May 07 | -386.27 | Great Lakes Wine Fintecheft 050626 87-4384621 | | 9488150611 |
| May 08 | -549.90 | Premium Distribu Fintecheft 050726 87-4384621 | | 9488119679 |
| May 11 | -1,423.26 | Consumers Energy Energybill 260508 | | 9488909792 |

26-30869-jda    Doc 84    Filed 07/01/26    Entered 07/01/26 14:12:36    Page 11 of 17

## Basic Business Checking: XXXXXX0342

### Electronic withdrawals this statement period (continued)

| Date | Amount ($) | Activity | Reference numbers Customer | Bank |
|---|---|---|---|---|
| May 11 | -537.10 | Fabiano Brothers Invoices 4522105/07/26 | | 9488839565 |
| May 11 | -186.66 | State Of Michgwl Liquorsale    #005573730 | | 9488093952 |
| May 11 | -24.00 | National Wine & Fintecheft 050826 87-4384621 | | 9488814588 |
| May 11 | -9.99 | Pmntus Svc Fee Servicefee 260508 | | 9488077050 |
| May 12 | -356.32 | Prog Michigan Ins Prem 260511 | | 9488489537 |
| May 12 | -110.00 | Sporcle, Inc. Purchase Fdcjq6jzq8dp3zz | | 9488246298 |
| May 12 | -81.80 | Fabiano Brothers Invoices 4522105/08/26 | | 9488126471 |
| May 13 | -1,238.74 | MI Lottery MI Lottery 260513 0115941 | | 9488909708 |
| May 13 | -630.01 | State Of Michnws Liquorsale    #006850341 | | 9488732499 |
| May 14 | -274.22 | Great Lakes Wine Fintecheft 051326 87-4384621 | | 9488938634 |
| May 15 | -2,379.34 | IRS  Usataxpymt 051526 220653514068497 | | 9488712323 |
| May 15 | -840.58 | Westguard Ins CO Ins Prem Dobp765316 | | 9488375180 |
| May 15 | -199.65 | Tri-county Bever Fintecheft 051426 87-4384621 | | 9488954557 |
| May 18 | -799.60 | Fabiano Brothers Invoices 4522105/14/26 | | 9488694917 |
| May 18 | -16.50 | National Wine & Fintecheft 051526 87-4384621 | | 9488660532 |
| May 19 | -505.50 | Som  Mitreasbus 260518 8088558 | | 9488353795 |
| May 19 | -110.00 | Sporcle, Inc. Purchase Z7k7vc6vffqxl8z | | 9488189416 |
| May 20 | -1,257.30 | MI Lottery MI Lottery 260520 0115941 | | 9488839386 |
| May 21 | -394.44 | Great Lakes Wine Fintecheft 052026 87-4384621 | | 9488894398 |
| May 21 | -129.00 | Tri-county Bever Fintecheft 052026 87-4384621 | | 9488894632 |
| May 22 | -414.60 | Premium Distribu Fintecheft 052126 87-4384621 | | 9488400438 |
| May 22 | -230.30 | Fabiano Brothers Invoices 4522105/20/26 | | 9488829426 |
| May 26 | -2,420.00 | Spoton Minpmt Jpmvxhhc | | 9488532460 |
| May 26 | -646.53 | Vz Wireless Ve Vzw Webpay 260522 | | 9488156865 |
| May 26 | -548.41 | State Of Michgwl Liquorsale    #005618606 | | 9488321710 |
| May 28 | -738.47 | State Of Michnws Liquorsale    #007172919 | | 9488474818 |
| May 28 | -610.17 | Great Lakes Wine Fintecheft 052726 87-4384621 | | 9488523122 |
| May 28 | -140.00 | Ad Tax & Account ACH Debit 260528 9031406015 | | 9488486834 |
| May 29 | -200.00 | Ad Tax & Account ACH Debit 260529 9031439337 | | 9488151250 |
| May 29 | -75.00 | Ad Tax & Account ACH Debit 260529 9031440149 | | 9488151246 |

**Total Electronic Withdrawals: -$21,561.80**

**Total Number of Electronic Withdrawals: 41**

### Other withdrawals this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| May 07 | -4,720.00 | Withdrawal | 0310068835 |
| May 26 | -6,448.86 | Withdrawal | 0310150319 |

**Total Other Withdrawals: -$11,168.86**

**Total Number of Other Withdrawals: 2**

### Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| May 13 | -89.15 | Service Charge | 0000015671 |
| May 20 | -38.00 | Fee - Overdraft | 9488189416 |
| May 27 | -38.00 | Fee - Returned Item | 9488368984 |
| May 27 | -38.00 | Fee - Returned Item | 0310143550 |
| May 27 | -38.00 | Fee - Returned Item | 0970033157 |
| May 27 | -38.00 | Fee - Returned Item | 0970042002 |
| May 27 | -38.00 | Fee - Returned Item | 0970090427 |
| May 27 | -38.00 | Fee - Overdraft | 9488321710 |
| May 27 | -38.00 | Fee - Overdraft | 9488156865 |
| May 27 | -38.00 | Fee - Overdraft | 0310187618 |

26-30869-jda   Doc 84   Filed 07/01/26   Entered 07/01/26 14:12:36   Page 12 of 17

# Basic Business Checking: XXXXXX0342

## Fees and service charges this statement period (continued)

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| May 28 | -23.65 | Service Charge - Miscellaneous | TXM647 |

**Total Fees and Service Charges: -$454.80**

**Total Number of Fees and Service Charges: 11**

### $ Lowest daily balance

Your lowest daily balance this statement period was **$-2,499.51** on **May 26, 2026**.

26-30869-jda   Doc 84   Filed 07/01/26   Entered 07/01/26 14:12:36   Page 13 of 17

— — —

## Basic Business Checking: XXXXXX0342

PLEASE EXAMINE THIS STATEMENT PROMPTLY
Reporting Errors and Unauthorized Transactions

**Electronic Fund Transfers (Personal Accounts)**: Call us at 800.572.6620 or write to us at Comerica Bank, Electronic Processing, P.O. Box 75000, Detroit, MI 48275 as soon as you can, if you think your statement or receipt is incorrect or if you need more information about a transfer listed on your statement or receipt. We must hear from you no later than 60 days after we sent or otherwise made available to you the FIRST statement on which the error or problem appeared.

When reporting the error: (1) tell us your name and account number (if any); (2) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information; and (3) tell us the dollar amount of the suspected error or the transaction you question. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. See the Comerica Business and Personal Deposit Account Contract for details.

**Electronic Fund Transfers (Business Accounts)**: Call us at 800.572.6620 or write to us at Comerica Bank, MC 7603, P.O. Box 75000, Detroit, MI 48275 immediately if you think your statement or receipt is incorrect or an electronic fund transfer has been made without your permission. It is important that you review your statements closely and immediately report unauthorized transactions to mitigate your possible losses. See the Comerica Business and Personal Deposit Account Contract for details.

**Checks and Other Non-Electronic Fund Transfers**: Contact us at the phone number or address listed on the first page of this statement if you need a copy of a check or additional information about a transaction shown on your statement, or to report an unauthorized transaction or error involving a check or other non-electronic funds transfer. The best way to limit your possible losses is to report any issue as soon as possible, but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Account Contract for further details.

**Balancing Your Account**: For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.


26-30869-jda    Doc 84    Filed 07/01/26    Entered 07/01/26 14:12:36    Page 14 of 17

**THE HUNTINGTON NATIONAL BANK**
PO BOX 1558 EA1W37
COLUMBUS OH 43216-1558



THE DOCK ON COOLEY, LLC DIP
3674 GOLF CLUB RD
HOWELL MI 48843-9001

*Have a Question or Concern?*

Stop by your nearest
Huntington office or
contact us at:

1-800-480-2001

www.huntington.com/
businessresources

## *Huntington Unlimited Checking*                    *Account: -------4874*

**Statement Activity From:**
**05/22/26 to 05/31/26**

Days in Statement Period          10

Average Ledger Balance*        2,979.98
Average Collected Balance*     2,979.98

* The above balances correspond to the
service charge cycle for this account.

| | |
|---|---:|
| **Beginning Balance** | **$0.00** |
| **Credits (+)** | **10,762.35** |
| Regular Deposits | 6,448.00 |
| Electronic Deposits | 4,314.35 |
| **Debits (-)** | **5,181.85** |
| Regular Checks Paid | 837.00 |
| Electronic Withdrawals | 2,696.60 |
| Other Debits | 1,648.25 |
| **Total Service Charges (-)** | **0.00** |
| **Ending Balance** | **$5,580.50** |

## *Deposits (+)*                    *Account:-------4874*

| Date | Amount | Serial # | Type | Date | Amount | Serial # | Type |
|------|--------|----------|------|------|--------|----------|------|
| 05/26 | 6,448.00 | | Brch/ATM | | | | |

## *Other Credits (+)*                    *Account:-------4874*

| Date | Amount | Description |
|------|--------|-------------|
| 05/27 | 830.10 | SHIFT4 PYMT PROC  260527 068880022573731 |
| 05/28 | 1,640.62 | SHIFT4 PYMT PROC  260528 068880022573731 |
| 05/29 | 1,843.63 | SHIFT4 PYMT PROC  260529 068880022573731 |

## *Checks (-)*                    *Account:-------4874*

| Date | Amount | Check # | Date | Amount | Check # |
|------|--------|---------|------|--------|---------|
| 05/29 | 270.00 | 15177325 | 05/27 | 567.00 | 15177326 |

(*) Indicates the prior sequentially numbered check(s) may have 1) been voided by you 2) not yet been presented 3) appeared on a previous statement or 4) been included in a list of checks.

## *Other Debits (-)*                    *Account:-------4874*

| Date | Amount | Description |
|------|--------|-------------|
| 05/27 | 1,127.60 | MI LOTTERY MI LOTTERY  260527 0115941 |

Investments are offered through the Huntington Investment Company, Registered Investment Advisor, member FINRA/SIPC, a wholly-owned subsidiary of Huntington Bancshares Inc.

The Huntington National Bank is Member FDIC.  ®, Huntington ® and 24-Hour Grace ® are federally registered service marks of Huntington Bancshares Incorporated. The 24-Hour Grace ® system and method is patented: US Pat. No. 8,364,581, 8,781,955, 10,475,118, and others pending. © 2026 Huntington Bancshares Incorporated.



## *Other Debits (-)*

| Date | Amount | Description |
|---|---|---|
| 05/28 | 1,569.00 | Zelle Transaction 20260528161618 H50PjlGqDMOh   Money Sent to FRANCESK SHKAMBI Payment ID H50PjlGqDMOh |
| 05/28 | 1,648.25 | WITHDRAWAL |

## *Service Charge Summary*
*Account:-------4874*

| | |
|---|---|
| **Previous Month Service Charges (-)** | **$0.00** |
| **Total Service Charges (-)** | **$0.00** |

## *Balance Activity*
*Account:-------4874*

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/21 | 0.00 | 05/27 | 5,583.50 | 05/29 | 5,580.50 |
| 05/26 | 6,448.00 | 05/28 | 4,006.87 | | |

**In the Event of Errors or Questions Concerning Electronic Fund Transfers** (electronic deposits, withdrawals, transfers, payments, or purchases), please call either 1-614-480-2001  or call toll free 1-800-480-2001, or write to The Huntington National Bank Research - EA4W61, P.O. Box 1558, Columbus, Ohio 43216 as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic fund transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement  on which the error or problem appeared.

   1. Tell us your name, your business's name (if appropriate) and the Huntington account number (if any).

   2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

   3. Tell us the dollar amount of the suspected error. We will investigate  your complaint or question and will correct any error promptly.

**Verification of Electronic Deposits** If you authorized someone to make regular electronic fund transfers of money to your account at least once every sixty days, you can find out whether or not the deposit has been received by us, call either 1-614-480-2001  or call toll free 1-800-480-2001.

**Balancing Your Statement** - For your convenience, a balancing page is available on our web site https://www.huntington.com/pdf/balancing.pdf and also available on Huntington Business Online.



**IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR DIGITAL SERVICES**

**EFFECTIVE JUNE 22, 2026**

We made the following changes to your business checking account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

Use of your account on or after June 22, 2026, indicates your acceptance of the changes. For more information about the changes, please contact your Banker, Relationship Manager, or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

Beginning on June 22, 2026, the updated terms and /or fees for the impacted account services are as follows:

- In Section 1, titled 'Everyday Transactions,' a Wire Transfer - Domestic Outgoing fee is added in the amount of $25.00, with the description 'For each outgoing domestic wire initiated online.' The fee for each outgoing domestic wire initiated by a Huntington colleague remains $50.00.

**IMPORTANT INFORMATION REGARDING YOUR DEPOSIT ACCOUNT(S) AND/OR TREASURY MANAGEMENT SERVICES**

**EFFECTIVE JUNE 1, 2026**

We are making the following changes to your business checking, savings, and/or money market account(s) as described in this notice. Unless otherwise specified, these changes are made as part of your *Business Account Charges Form*, which is part of your *Account Documents* (the "Agreement"). Please retain this document for your records.

We want to inform you of upcoming price changes for the Treasury Management Services listed below. These changes will be effective **June 1, 2026**, and reflected on your June analysis statement (received in July). Please note, not all price changes may impact you. For questions regarding specific Treasury Management price changes, please contact your Banker, Relationship Manager, Treasury Management Advisor or call us at 1-800-480-2001, Monday through Friday, 8:00am to 8:00pm ET and Saturday, 8:00am to 2:00pm ET.

- Automated Healthcare Solutions
- Business Online
- Business Security Suite
- Lockbox
- Remote Deposit Capture
- Image Cash Letter
- Safe Cash Manager
- Vault

As a reminder, use of your account on or after **June 1, 2026**, indicates your acceptance of the changes.