**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In re:

**THE DOCK ON COOLEY LLC,**

Debtor.
_______________________________________/

Case No. 26-30869
Chapter 11
Hon. Joel D. Applebaum

# ORDER ADJOURNING HEARINGS

This matter having come before the Court upon the Stipulation of the Debtor, Creditors FBZ Enterprises, LLC and Cooley Lake Bar & Grill, Inc., the Subchapter V Trustee, and the United States Trustee; and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that:

1. All hearings currently scheduled for **September 23, 2026, at 11:00 a.m.**—including Plan Confirmation, the Secured Creditors' Motion to Convert to Chapter 7 Proceedings (Docket No. 79), and the Debtor's Motion to Assume or Reject Nonresidential Real Property Lease—are adjourned for 35 days to **October 28, 2026, at 11:00 a.m. ET** as a control date in light of Debtor's sale motion and motion to dismiss which have been filed pursuant to the settlement between Debtor and FBZ and Cooley, subject to Court approval.

**Signed on September 22, 2026**

**/s/ Joel D. Applebaum**

**Joel D. Applebaum**
**United States Bankruptcy Judge**